UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON ACRIE, | No.  2:26-cv-01346-CKD |
| Plaintiffs, | |
| v. | ORDER |
| CITY OF SACRAMENTO, | |
| Defendant. | |

This action, alleging excessive force in violation of 42 U.S.C. § 1983 and other claims, was removed to federal court on April 6, 2026. On May 27, 2026, defendant filed an answer to the complaint. The parties have consented to magistrate judge jurisdiction for all purposes, including entry of judgment.

Good cause appearing, the court will order the parties to file status reports and proposed pretrial dates, including discovery and dispositive motion deadlines. The parties are strongly encouraged to submit a joint proposal if possible. The parties need not propose deadlines beyond the dispositive motion deadline at this time. The status report(s) shall address the following issues:

a.  Service of process;

b.  Possible joinder of additional parties;

1

c. Any expected or desired amendment of the pleadings;

d. Anticipated motions and their scheduling;

e.  The report required by Federal Rule of Civil Procedure 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

f. Future proceedings, including setting appropriate cut−off dates for discovery and law and motion;

g. Special procedures, if any;

h.  Whether a settlement conference should be scheduled;

i.  Any other matters that may add to the just and expeditious disposition of this matter.

Accordingly, IT IS HEREBY ORDERED that:

1.  No later than thirty (30) days from the date of this order, the parties shall file reports on the status of this litigation and any pertinent issues, including whether a settlement conference would be beneficial at this time; and

2.  No later than thirty (30) days from the date of this order, the parties shall file proposed pretrial deadlines as described above.

Dated:  June 4, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/acri1346.ord after answer

2